G. Jefferson Campbell, Jr., OSB #75061
gjcpc@qwestoffice.net
G. JEFFERSON CAMPBELL JR., P.C.
P.O. Box 296
Medford, OR 97501
Telephone: (541) 776-5025
Facsimile: (541) 779-3306

Of Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

## Medford Division

| | |
|---|---|
| ERNEST BECHLER, PATRICIA BECHLER and MIKE BECHLER, | Case No.   08-3059-CL |
| Plaintiffs, | **PLAINTIFFS' UNOPPOSED MOTION TO SEAL PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AND SANCTIONS, ETC. AND SUPPORTING DECLARATION AND MEMORANDUM** |
| vs. | |
| TODD E. MACALUSO and MACALUSO & ASSOCIATES, APC, | |
| Defendants. | *Request for Expedited Ruling* |

### Certification of Compliance with LR 7-1

The undersigned attorney certifies that he conferred with the attorney for the Defendants, Joel Wilson, and has been advised that the Defendants do not oppose the Court granting this Motion to Seal Motion for Civil Contempt and Sanctions, Etc. and Supporting Declaration and Memorandum.

### Plaintiffs' Unopposed Motion to Seal Motion for Contempt and Sanctions, Etc. and Supporting Declaration and Memorandum

**COMES NOW** the Plaintiffs, by and through their attorney, G. Jefferson Campbell, Jr., P.C., and move this Court through the settlement conference judge, the Honorable John V.

**PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AND SANCTIONS FOR BREACH AND FAILURE OF DEFENDANTS TO COMPLY - 1**

Acosta, U.S. Magistrate Judge, appointed by the parties to enforce the provisions of the parties' settlement agreement, for an Order sealing the Plaintiffs' Motion for Civil Contempt and Sanctions for Breach and Failure of Defendants to Comply With Court Mediated Settlement Agreement (hereinafter "Plaintiffs' Motion for Civil Contempt and Sanctions, Etc.") (Docket #243), and the Declaration (Docket #242), and Memorandum (Docket #243) filed in support of Plaintiffs' Motion for Civil Contempt and Sanctions, Etc., on March 16, 2011.  Plaintiffs so move under the provisions of the Court mediated settlement agreement in this action in order to keep the terms of the settlement discussed in these documents confidential as specified in the settlement agreement.  Since this Motion is unopposed, Plaintiffs are not submitting a supporting affidavit or declaration, nor a memorandum in support of this Motion.

**DATED** this  17th  day of March, 2011.

                                            **G. JEFFERSON CAMPBELL, JR., P.C.**

                                            /s/ J. Campbell
                                            G. Jefferson Campbell, Jr., OSB #750611
                                            Of Attorneys for Plaintiffs

**PLAINTIFFS' MOTION FOR CIVIL CONTEMPT AND SANCTIONS FOR BREACH AND FAILURE OF DEFENDANTS TO COMPLY - 2**