G. Jefferson Campbell, Jr. OSB #75061
gjcpc@qwestoffice.net
G. JEFFERSON CAMPBELL, JR., P.C.
PO Box 296
Medford, OR 97501
Telephone: (541) 776-5025
Facsimile: (541) 779-3306
Attorneys for Plaintiffs

Joel Wilson, OSB #804680
E-Mail: joel.wilson@bullivant.com
Matthew C. Casey, OSB #981950
E-Mail: matt.casey@bullivant.com
Bullivant Houser Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

IN MEDFORD

| | |
|---|---|
| ERNEST BECHLER, PATRICIA BECHLER, and MIKE BECHLER,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>TODD E. MACALUSO, MACALUSO & ASSOCIATES, APC, a foreign California Professional Corporation, also doing business as MACALUSO BAKER & MACALUSO, a California fictitious business name,<br><br>　　　　　　　　Defendants. | Civil No.: 08-3059-CL<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATED JUDGMENT OF DISMISSAL**
**Page 1**

**THIS MATTER** coming before the Court on the Stipulation of the parties, by and through their attorneys of record, under which it has been agreed that all claims and defenses in this action have been settled and that a judgment of dismissal should be entered in this action, pursuant to Fed.R.Civ.P. 41(a)(1)(ii); and the Court now being advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED,** as follows:

1. That this action be dismissed with prejudice and without costs or attorney fees to any party; and

2. That this Court shall retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement between the parties, if necessary, before the Honorable John V. Acosta, United States Magistrate Judge.

**DATED** _____.

_____
Mark D. Clarke
United States Magistrate Judge

IT IS SO STIPULATED:

| G. JEFFERSON CAMPBELL, JR., P.C. | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By _/s/ G. Jefferson Campbell_ | By _/s/ Joel Wilson_ |
| G. Jefferson Campbell, OSB #75011 | Joel Wilson, OSB #804680 |
| Telephone: 541-776-5025 | Telephone: 503-228-6351 |
| Attorney for Plaintiffs | Attorneys for Defendants |
| Dated: 4/20/11 | Dated: 4-18-11 |

13146358.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**STIPULATED JUDGMENT OF DISMISSAL**
**Page 2**